UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW HAMPSHIRE


<u>United States of America</u>

    v.                          Criminal No. 08-cr-28-01-SM

<u>Tut Agistino Wegn   </u>


### **<u>NOTICE OF RULING / ORDER</u>**

   Re: Document No. 40, Motion to Reconsider

   Ruling: While it is true that "120 months" is not a "range" in the normal understanding of the term, still, for  Sentencing Guidelines purposes it is indeed a "range" consisting of one point.  And, while a motion brought under 18 U.S.C. ss 3553(e) permits the court to impose a sentence (for limited reasons) below the minimum period dictated by statute, the mandated minimum is not thereby changed, relief from the mandate is merely allowed for the purposes specified - that is, the minimum remains the "guideline range."   Accordingly, the applicable range was not

altered or lowered by the referenced retroactive guideline amendment, and relief under that amendment is not available to the petitioner.  The motion for reconsideration is necessarily denied.

    So ordered.                */s/ Steven J. McAuliffe*
                                  United States District Court

Date:  March 12, 2012

cc: Tut Agistino Wegn
    Bjorn R. Lange, Esq.
    Debra Walsh, Esq.
    Don Feith, Esq.